# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VIGILANT INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CIVIL ACTION FILE |
| TURNER BROADCASTING ) | NO. 1:10-CV-592 |
| SYSTEM, INC., TURNER STUDIOS, ) | |
| INC., HI-TECH FX LLC and ) | |
| INTERIOR FIRE PROTECTION, INC., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF SERVING
## SECOND SUPPLEMENTAL EXPERT DISCLOSURES

Plaintiff hereby provides notice that it has served Second Supplemental Expert Disclosures upon counsel of record this 9th day of November, 2010.

s/ David M. Bessho
David M. Bessho
Georgia Bar No. 055784

COZEN O'CONNOR
SunTrust Plaza, Suite 2200
303 Peachtree Street, N.E.
Atlanta, Georgia 30308
Telephone: (404) 572-2000
Facsimile: (404) 572-2199
Attorneys for Plaintiff

ATLANTA\194853\1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VIGILANT INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CIVIL ACTION FILE |
| TURNER BROADCASTING ) | |
| SYSTEM, INC., TURNER STUDIOS, ) | NO. 1:10-CV-592-RLV |
| INC., HI-TECH FX LLC and ) | |
| INTERIOR FIRE PROTECTION, INC., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within and foregoing PLAINTIFF'S NOTICE OF SERVING SECOND SUPPLEMENTAL EXPERT DISCLOSURES was served, via US Mail, upon Defendants as follows:

Wade K. Copeland
Lee P. Gutschenritter
Carlock Copeland Semler & Stair
P.O. Box 56887
Atlanta , GA 30343-0887

Submitted this 9th day of November, 2010.

s/ David M. Bessho
David M. Bessho

2